## RIDER et al. vs. WATERS et al., executors.

Title by prescription was not shown by the defendants in this case, and a perfect title from the state having been shown by the plaintiffs, a verdict for the latter was not contrary to law or evidence. Code, §2679.

(a.) Possession, to furnish a basis for a prescriptive title, must be public, continuous, exclusive, uninterrupted and peaceable. That a tramway or sluice boxes for the transfer of ores from an adjoining lot touched, or just passed through, one corner of the lot involved in suit, does not constitute such exclusive occupancy of that lot under claim of right as will ripen into a prescriptive title; especially where such construction does not appear to have been used continuously, but was allowed to rot down and so remain a portion of the time.

(b.) Besides there was conflict as to payment of taxes on the land in this case, and the credibility of witnesses was a question for the jury.

Judgment affirmed.

March 13, 1883.

JACKSON, Chief Justice.

Cited for plaintiffs in error: 58 *Ga.*, 386; 16 *Ib.*, 593;

57 *Ib.*, 204; 62 *Ib.*, 531; 65 *Ib.*, 402; 63 *Ib.*, 360; Code, §§2680, 2681.

For defendants: 63 *Ga.*, 360.